IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEROME LEROY CARTER, JR.,

      Appellant,

 v.

Case No.  5D22-403
LT Case No. 2021-CF-001618-A-OS

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Osceola County,
Tom Young, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for Appellant.

Jerome Leroy Carter, Jr., Wewahitchka,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, SASSO and WOZNIAK, JJ., concur.